UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

JOSHUA ARISTIDES BAILEY,

                    Defendant.

Case No. MJ26-143

DETENTION ORDER
RULE 5 TRANSFER
SUPERVISED RELEASE
VIOLATION

Defendant Joshua Aristides Bailey is charged with violations of supervised release in the Western District of Texas. The Court held a detention hearing on March 9, 2026, pursuant to Fed. R. Crim. P. 32.1(a)(6), and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    There is a rebuttable presumption of detention pursuant to Fed. R. Crim. P. 32.1(a)(6). The burden of establishing by clear and convincing evidence that Mr. Bailey will not flee or pose a danger to any other person or to the community rests with Mr. Bailey. The Court may release or detain Mr. Bailey pursuant to 18 U.S.C. § 3143(a)(1).

DETENTION ORDER - 1

2.      Mr. Bailey poses a risk of nonappearance based on a history of absconding and failing to abide by his conditions of release.

3.      Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Mr. Bailey as required pending his initial appearance in the Western District of Texas.

4.      The record does not effectively rebut the presumption that no condition or combination of conditions other than detention will reasonably assure the appearance of Mr. Bailey as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Mr. Bailey shall be detained pending initial appearance in the Western District of Texas and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Mr. Bailey shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Bailey is confined shall deliver Mr. Bailey to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Bailey, to the United States Marshal, and to the United States Pretrial Services Officer.

VIOLATION - 2

Dated this 9th day of March, 2026.


_____

MICHELLE L. PETERSON
United States Magistrate Judge

VIOLATION - 3